JS-6

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SUSAN B. FILARDO, a/k/a SUSAN HEIDI, d/b/a SUSAN HEIDI ART STUDIOS,** | ) **CIVIL ACTION NO.: CV 08-03198** <br> ) **RSWL (PJWx)** <br> ) |
| **Plaintiff,** | ) **JUDGE: Hon. Ronald S.W. Lew** <br> ) |
| **v.** | ) **ACTION FILED: May 14, 2008** <br> ) <br> ) **ORDER GRANTING DISMISSAL OF** |
| **SANDBAR (f/k/a Aqua Bar & Nightclub), BIG S, LLC, CRUSH VIP, MICHAEL QUATTROCIOCCHI, MAYSAM RAD, and DOES 1-10,** | ) **CASE** <u>**WITH**</u> **PREJUDICE** <br> ) <br> ) <br> ) <br> ) |
| **Defendants.** | ) <br> ) |

**IT IS HEREBY ORDERED** that the above titled action be dismissed <u>WITH</u> prejudice. All pending motions are denied as moot.

Dated:        February 13, 2009

By:            RONALD S.W. LEW

              Senior, U.S. District Court Judge